*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014                    519079
_____

In the Matter of the Claim of
    WILLIAM J. SMITH,
                        Appellant,

                                        MEMORANDUM AND ORDER

    COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   September 16, 2014

Before:   Peters, P.J., Lahtinen, Stein, Rose and Devine, JJ.

_____

        William J. Smith, Rego Park, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed September 18, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because his employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Peters, P.J., Lahtinen, Stein, Rose and Devine, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court